UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOEL SYDANMAA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.<br><br>    Defendant(s). | ) CASE NO. 8:20-cv-02190-FLA-JDEx<br>)<br>)<br>)<br>) ORDER RE: STIPULATION FOR<br>) PROTECTIVE ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court, having considered the parties' Stipulation (Dkt. 30) and for good cause shown, hereby enters the Stipulation as an Order of the Court.

Dated: June 16, 2021

                                                    _____
                                                  JOHN D. EARLY
                                                  United States Magistrate Judge