Caleb E. Mason (State Bar No. 246653)
Nia C. Wahl (State Bar No. 339904)
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
cmason@werksmanjackson.com
Telephone: (213) 688-0460
Facsimile: (213) 624-1942

Attorneys for Plaintiff
SGT. JOEL SYDANMAA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES POLICE DEPARTMENT SERGEANT JOEL SYDANMAA,<br><br>Plaintiff,<br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT; CHIEF MICHEL MOORE,<br><br>Defendants. | Case No.: 8:20-cv-2190-FLA (JDEx)<br><br>**REQUEST FOR DISMISSAL FOLLOWING SETTLEMENT**<br><br>Trial Date: March 17, 2025 |

The parties having reached an agreement to settle the case, and the Defendants having paid the settlement amount, the Plaintiff moves to dismiss this case with prejudice, pursuant to the agreement.

*/s Caleb Mason*
_____

Dated: March 6, 2025

Caleb E. Mason
Werksman Jackson & Quinn, LLP
Attorneys for Plaintiff